UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MIRANDA VANDOREN, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:22-CV-18 DRL-MGG |
| CITIMORTGAGE, INC., | |
| Defendant. | |

OPINION & ORDER

Miranda Vandoren filed a *pro se* complaint alleging CitiMortgage, through improper loan procedures, took possession of or has an interest in property she rightfully owns. She alleged claims of fraud, negligence, misrepresentation, and a violation of her due process rights seeking monetary and punitive damages. She moved to proceed *in forma pauperis* [ECF 2]. Her complaint failed to plead sufficient facts and state a claim, so the court took her motion to proceed *in forma pauperis* under advisement and afforded Ms. Vandoren leave to amend her complaint by March 10, 2022. She was cautioned that failure to amend her claim could result in the dismissal of her case. *See Hoskins v. Poelstra*, 320 F.3d 761, 763 (7th Cir. 2003). As of today, she has not filed an amended complaint.

Accordingly, the court DENIES Ms. Vandoren's motion to proceed *in forma pauperis* [ECF 2] and DISMISSES her case.

SO ORDERED.

March 17, 2022                                         *s/ Damon R. Leichty*
                                                        Judge, United States District Court